IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**FREDERICK L. BURKS**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:10CV01159 BSM**

**SOUTHWEST POWER POOL, INC.**                                          **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Frederick L. Burks's motion for voluntary dismissal without prejudice [Doc. No. 10] is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE